**Order entered April 15, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01298-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**HOLLY HENDERSON, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. M18-53968-K**

## ORDER

Before the Court is appellee's April 13, 2020 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before May 15, 2020.

/s/    LANA MYERS
        JUSTICE